IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK and PATRICIA ASHTON : | |
| : | CIVIL ACTION NO. 02-CV-4155 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____  _____
Hope S. Freiwald                                                     Aline Fairweather



_____  _____
Erin Brennan                                                            Kirstin J. Miller


                                                         DECHERT PRICE & RHOADS
                                                         4000 Bell Atlantic Tower
                                                         1717 Arch Street
                                                         Philadelphia, PA 19103-2793
                                                         (215) 994-4000